**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY F. MULLALLY,<br><br>           Plaintiff,<br><br>      v.<br><br>HAVASU LANDING CASINO, et al.,<br><br>           Defendants. | Case No. EDCV 07-01626-VAP (JCRx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants.  The Court orders that such judgment be entered.

Dated: <u>December 20, 2012</u>

_____
VIRGINIA A. PHILLIPS
United States District Judge